# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### Hearing Information:

| | |
|---:|:---|
| **Debtor:** | LITTLER DIECAST, A BRAHM CORPORATION |
| **Case Number:** | 18-00978-RLM-11    **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, MARCH 12, 2018 02:00 PM   IP 329 |
| **Bankruptcy Judge:** | ROBYN L. MOBERLY |
| **Courtroom Clerk:** | MARCELLA LOCKERT |
| **Reporter / ECR:** | MARCELLA LOCKERT |

### Matter:

1) Expedited Hearing re: Emergency Motion for Relief From the Automatic Stay; Directing Debtor to Surrender Tooling and Related Relief Of BorgWarner PDS (Anderson), LLC [42, 43, 47]
   **R / M #:**    0 / 0
   **VACATED:** Motion Withdrawn by Creditor on 03/09/2018

2) Expedited Hearing re: Emergency Motion to Dismiss Chapter 11 Cases filed by Creditors Regions Bank, Regions Commercial Equipment Finance, LLC [49, 51] and Objection filed by UST [57]
   **R / M #:**    0 / 0

### Appearances:

MICHAEL P. O'NEIL, ATTORNEY FOR LITTLER DIECAST, A BRAHM CORPORATION
R. BROCK JORDAN, ATTORNEY FOR ALLIED METAL COMPANY
KAYLA D. BRITTON, ATTORNEY FOR REGIONS BANK, REGIONS COMMERCIAL EQUIPMENT FINANCE, LLC
CURT DEREK HOCHBEIN, ATTORNEY FOR BORGWARNER PDS (ANDERSON), L.L.C.
LAURA A DUVALL, ATTORNEY FOR U.S. TRUSTEE

### Proceedings:

(1) VACATED: Motion Withdrawn by Creditor on 03/09/2018

(2) DISPOSITION: Hearing held. Arguments heard. Debtor is in support of motion. Motion to Dismiss Case GRANTED over the Objection of the U.S. Trustee.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**