# Notice Recipients

District/Off: 0756−1           User: mlockert              Date Created: 3/12/2018
Case: 18−00978−RLM−11          Form ID: sdismiss           Total: 169

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |
| aty | Alex M Beeman | alex@beemanlawoffice.com |
| aty | Curt Derek Hochbein | chochbein@rubin−levin.net |
| aty | David A. Foster | david.foster@faegrebd.com |
| aty | James E Rossow, Jr. | jim@rubin−levin.net |
| aty | Jason R Burke | jburke@bbrlawpc.com |
| aty | Jay Jaffe | jay.jaffe@faegrebd.com |
| aty | John R. Humphrey | jhumphrey@taftlaw.com |
| aty | Kayla D. Britton | kayla.britton@faegrebd.com |
| aty | Laura A DuVall | Laura.Duvall@usdoj.gov |
| aty | Mark Richard McKinney | mark@mandmlegal.com |
| aty | Michael P. O'Neil | moneil@taftlaw.com |
| aty | R. Brock Jordan | bjordan@dblaw.com |
| aty | Wesley N Steury | steury@burtblee.com |

                                                                          TOTAL: 14

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Littler Diecast, a Brahm Corporation      P.O. Box 96      Albany, IN 47320
mdb        Brahm Corporation      3555 Sedgemoor Circle      Carmel, IN 46032
cr         Regions Bank      Attention B Beldin      One Indiana Square      Mail Station 250      Indianapolis, IN 46204
cr         BorgWarner PDS (Anderson), L.L.C.      c/o Rubin & Levin, P.C.      135 N. Pennsylvania St., Ste. 1400      Indianapolis, IN 46204
cr         Advanced Quality Solutions      PO Box 52235      Newark, NJ 07101−0220 UNITED STATES
cr         General Petroleum, Inc.      c/o Wesley N. Steury      200 E. Main Street, Suite 1000      Fort Wayne, IN 46802
cr         Wells Fargo Vendor Financial Services,LLC      P.O. Box 13708      Macon, GA 31208
14711665   3D Engineering Solutions      10597 Chester Rd.      Cincinnati, OH 45215
14711666   A Rental Service Co.      P.O. Box 2375      Muncie, IN 47307
14711667   ABB Inc.      P.O. Box 88868      Chicago, IL 60695−1868
14711672   AEP Legal      Attn: David Laing      1 Riverside Plaza, 29th Fl      Columbus, OH 43215
14711668   Abrasive Products, LLC      P.O. Box 361281      Indianapolis, IN 46236
14711669   Action Equipment      5801 S. Harding St.      Indianapolis, IN 46217
14711670   Advance Auto Parts      P.O. Box 404875      Atlanta, GA 30384−4875
14711671   Advanced Quality Solutions, LLC      P.O. Box 52235      Newark, NJ 07101−0220
14711673   Ahaus Tool & Engineering, Inc.      P.O. Box 631262      Cincinnati, OH 45263−1262
14711674   Allied Metal Company      39985 Treasury Center      Chicago, IL 60694−9900
14711675   Alltherm Services Inc.      P.O. Box 1525      Highland, IN 46322
14711676   Aluma Cast Inc.      3200 E. Pershing St.      Appleton, WI 54911
14711677   Amerisure Insurance      26777 Halsted Rd., Suite 300      P.O. Box 2060      Farmington Hills, MI 48333
14711678   Application Equipment      P.O. Box 337      Waukesha, WI 53187−0337
14711679   Arconic Spectrochemical      Reference      100 Technical Drive      New Kensington, PA 15069
14711680   Artisan Tool & Die, LLC      3805 W. SR 28      Muncie, IN 47303
14711681   B & L Information Systems      4707 Rambo Road      Bridgman, MI 49106
14711687   BRP US Inc.      5986 Collections Center Dr.      Chicago, IL 60693
14711682   Balis Industrial Sales      P.O. Box 77      Albion, IN 46701
14711683   Beck Aluminum Corp.      P. O. Box 72158      Cleveland, OH 44192−0002
14711684   Bradford Company      P.O. Box 72231      Cleveland, OH 44192
14711685   Brahm Corporation      3555 Sedgemoor Circle      Carmel, IN 46032
14711686   Brahm Precision Materials      K−221, M.I.D.C. Waluj      Aurangabad, MH 431136      INDIA
14711688   Buhler Prince, Inc.      670 Windcrest Drive      Holland, MI 49423−5410
14711689   Busche Workholding      P.O. Box 674844      Detroit, MI 48267−4844
14711690   CAR Landscape      9300 E. 1200 N      Dunkirk, IN 47336
14711693   CEM Electric Company, Inc.      P. O. Box 290520      Port Orange, FL 32129
14711698   CIPS, Inc.      P.O. Box 2463      Muncie, IN 47307
14711701   CMQ      3500, Rue De Courval      C.P. 97, Trois−Rivieres      Quebec G9A 5E6      CANADA
14711704   CTS Indiana      1208 West White River Blvd.      Muncie, IN 47303
14711691   Cardinal Logistics Management Corp.      P.O. Box 405069      Atlanta, GA 30384−5069
14711809   Carmel Utilities      PO Box 109      Carmel, IN 46082−0109
14711692   Casting Sales, Inc.      P.O. Box 429338      Cincinnati, OH 45242
14711694   Chemsearch      23261 Network Place      Chicago, IL 60673−1232
14711695   Chesterfield Tool &      Engineering      P.O. Box 566      Daleville, IN 47334
14711696   Cintas Corporation      P.O. Box 630803      Cincinnati, OH 45263−0803
14711697   Cintas First Aid & Safety      P.O. Box 630803      Cincinnati, OH 45263−0803
14711699   Circle City Heat      Treating, Inc.      2243 Massachusetts Ave.      Indianapolis, IN 46218
14711810   Clay Township Regional Waste District      10701 College Ave #A      Indianapolis, IN 46280−1082
14711700   Clean Water Environmental, LLC      P.O. Box 317      New Lebanon, OH 45345

| | | | | |
|---|---|---|---|---|
| 14711702 | Comcast Cable | P.O. Box 7500 | Southeastern, PA 19396–7500 | |
| 14711703 | Continental Western Group | P.O. Box 14558 | Des Moines, IA 50306–3558 | |
| 14711705 | D1 Mold & Tool | 8201 N. State Road 9 | Alexandria, IN 46001 | |
| 14711706 | Davis Tool and Die | 888 Bolger Ct. | Fenton, MO 63026 | |
| 14711707 | Delaware Wood Products | 2699 W. Cornbread Rd. | Muncie, IN 47302 | |
| 14711708 | Donaldson Company, Inc. | 96869 Collection Center Dr. | Chicago, IL 60693 | |
| 14711710 | EEP Quality Group Inc. | 550 Mile Crossing Blvd. | Suite 4 | Rochester, NY 14624 |
| 14711709 | Eastern L, Inc. | 2810 N. Wheeling Ave. | Muncie, IN 47303 | |
| 14711711 | Electrical Engineered Products | P.O. Box 864 | Bethel Park, PA 15102 | |
| 14711712 | Element Materials Technology | 32545 Collection Center Dr. | Chicago, IL 60693–0325 | |
| 14711713 | Empire Solutions | 2979 Remico St SW | Grandville, MI 49418 | |
| 14711715 | Evens Times | 130 West Walnut St. | Indianapolis, IN 46204 | |
| 14711716 | FedEx Freight | Dept CH    P.O. Box 10306 | Palatine, IL 60055–0306 | |
| 14711717 | Feichtner–Fredrick Corporation | 3227 14th Avenue | Kenosha, WI 53140 | |
| 14711718 | Flow Solutions, Inc. | P.O. Box 2613 | Muncie, IN 47307 | |
| 14711719 | Fort Wayne Anodizing | P.O. Box 12709 | Fort Wayne, IN 46864 | |
| 14711720 | G & L Corporation | 3101 Brooklyn Ave. | Fort Wayne, IN 46809 | |
| 14711721 | General Petroleum | P.O. Box 10688 | Fort Wayne, IN 46853 | |
| 14711722 | Griffin Tool, Inc. | 2951 Johnson Rd. | Stevensville, MI 49127 | |
| 14711723 | H P Products Corp. | P.O. Box 68310 | Indianapolis, IN 46268 | |
| 14711724 | Hellebusch Tool & Die, Inc. | 700 W. Huntington St. | Montpelier, IN 47359 | |
| 14711725 | Hexagon Metrology | Lockbox 771742    1742 Solutions Center | Chicago, IL 60677–1007 | |
| 14711726 | Hoosier Crane Service Co. | 24775 Network Place | Chicago, IL 60673–1247 | |
| 14711727 | Howell Plastics | P.O. Box 6248 | Indianapolis, IN 46206–6245 | |
| 14711728 | Hudson Tool Rental of New Castle | 1020 Dr. MLK Jr. Blvd. | Muncie, IN 47303 | |
| 14711811 | IPL    One Monument Circle | P.O. Box 1595 | Indianapolis, IN 46206–1595 | |
| 14711735 | IWM Consulting Group | 1015 Production Road | Fort Wayne, IN 46808 | |
| 14711729 | IdentiSys Inc. | P.O. Box 1086 | Minnetonka, MN 55345–0086 | |
| 14711730 | Idra North America Inc. | 1510 Ann St. | Kokomo, IN 46901 | |
| 14711731 | Indiana Fluid Power | P.O. Box 80310 | Fort Wayne, IN 46898–0310 | |
| 14711732 | Indiana Michigan Power | P.O. Box 24412 | Canton, OH 44701–4412 | |
| 14711733 | Industrial Innovations, Inc. | 2936 Dormax St SW | Grandville, MI 49418 | |
| 14711734 | InterTrade    c/o T65036U | P.O. Box 55811 | Boston, MA 02205–5811 | |
| 14712411 | Internal Revenue Service | PO Box 7346 | Philadelphia PA 19101–7346 | |
| 14714369 | Internal Revenue Service | PO Box 7346 | Philadelphia PA 19101–7346 | |
| 14711736 | J. Edward Morgan | 1175 Marvin Gene Ct. | Sidney, OH 45365 | |
| 14711737 | JR Flooring | 700 W. Huntington St. | Montpelier, IN 47359 | |
| 14711738 | Kelley Hardesty Smith and Co. | 5240 Elmwood Avenue | Indianapolis, IN 46203–5990 | |
| 14711739 | Kerry Bruns dba Bruker Ltd. | 2515 St. John Rd. | Maria Stein, OH 45860 | |
| 14711740 | LaFrance Manufacturing Co. | P.O. Box 1008 | Maryland Heights, MO 63043 | |
| 14711741 | Lake X–Ray, Inc. | 57120 Woodhouse Dr. | Dowagiac, MI 49047 | |
| 14711742 | Laserax Inc. | #101 2811 Avenue Watt | Quebec G1X 4S8    CANADA | |
| 14711743 | Lewis Wagner, LLP | 501 Indiana Avenue    Suite 200 | Indianapolis, IN 46202 | |
| 14711744 | M&I Machine | P.O. Box 1243 | Benton Harbor, MI 49023 | |
| 14711745 | MacAllister Machinery Co, Inc. | Dept. 78731    P.O. Box 78000 | Detroit, MI 48278–0731 | |
| 14711746 | Mark Industrials | 535 N. Legion Ct.    Suite B–2 | Wauconda, IL 60084 | |
| 14711747 | Mathieu Deschenes | 1970 Augustin Cantin, Unit 402 | Montreal H3K1C2    CANADA | |
| 14711748 | Molten Metal Equipment Innovations | P.O. Box 933048 | Cleveland, OH 44193 | |
| 14711749 | Montpelier Glove & Safety | P.O. Box 7 | Montpelier, IN 47359 | |
| 14711750 | Moresco USA Inc. | 466 Fairforest Way | Greenville, SC 29607 | |
| 14711751 | Morrell    Dept. 20301 | P.O. Box 67000 | Detroit, MI 48267–0203 | |
| 14711752 | Mueller Machine & Tool Co.,LLC | 5932 Jackson Avenue | Saint Louis, MO 63134 | |
| 14711753 | Murphy Machine Products | 935 Lively Blvd. | Wood Dale, IL 60191 | |
| 14711754 | NADCA | 3250 N. Arlington Heights Rd    Suite 101 | Arlington Heights, IL 60004 | |
| 14711756 | NQA–USA | P.O. Box 733365 | Dallas, TX 75373–3365 | |
| 14711755 | Northern Iron and Machine | 867 Forest Street | St. Paul, MN 55106 | |
| 14711758 | PQ Systems | P.O. Box 750010 | Dayton, OH 45475–0010 | |
| 14711757 | Paragon Technologies Inc. | 28032 Network Place | Chicago, IL 60673–1280 | |
| 14711759 | Praxair Distribution Inc. | Dept CH 10660 | Palatine, IL 60055–0660 | |
| 14711760 | Quake Manufacturing Inc. | 3923 Engle Road | Fort Wayne, IN 46804 | |
| 14711761 | Quality Mill Supply Co. | P.O. Box 329 | Franklin, IN 46131 | |
| 14711762 | R.L. Giumont | 9071 Technology Dr. | Fishers, IN 46038 | |
| 14711764 | RAS Machine Tool Technologies, Inc. | P.O. Box 652 | Belchertown, MA 01007 | |
| 14711763 | Race Die & Tool, Inc. | 4F, No 657–2, Chung Cheng Rd | Hsinchuang Dist.,    New Taipei City, Taiwan 24257    R.O.C. | |
| 14711765 | Real Alloy Recycling, Inc. | P.O. Box 74008764 | Chicago, IL 60674–8764 | |
| 14711766 | Refractory Engineers, Inc. | 1750 Midwest Blvd. | Indianapolis, IN 46214 | |
| 14711767 | Regions Bank | One Indiana Square, Suite 903 | Indianapolis, IN 46204 | |
| 14711812 | Regions Bank | One Indiana Square, Suite 903 | Indianapolis, IN 46204 | |
| 14711768 | Regions Bank CC | P.O. Box 11301 | Birmingham, AL 35202 | |
| 14711769 | Regions Commercial Equipment Finance LLC | 1900 5th Avenue North | Birmingham, AL 35203 | |
| 14711813 | Regions Commercial Equipment Finance LLC | 1900 5th Avenue North | Birmingham, AL 35203 | |
| 14711770 | Regloplas Corporation | 1088 Miners Road | Saint Joseph, MI 49085 | |
| 14711771 | Retirement Plan Concepts & Services | 10319 Dawsons Creek Blvd,Ste A | Fort Wayne, IN 46825 | |
| 14711772 | Ricoh USA / Wells Fargo | P.O. Box 740541 | Atlanta, GA 30374–0541 | |
| 14711773 | Ricoh USA, Inc. | P.O. Box 802815 | Chicago, IL 60680–2815 | |

| | | | | |
|---|---|---|---|---|
| 14711774 | Rimrock Corporation | P.O. Box 645512 | Pittsburgh, PA 15264–5253 | |
| 14711775 | SASCO, Inc. | 105 Thornewood Dr. | Cary, NC 27818 | |
| 14711781 | STF Precision | 75 Old Shoals Rd. | Arden, NC 28704 | |
| 14711776 | Shurpac Inc. | 1700 Phillips Ave | Racine, WI 53403 | |
| 14711777 | Sidney Electric | 3100 E. County Road 350N | Muncie, IN 47303 | |
| 14711778 | Smart Coast LLC | 3200 Broadmoor Ave. SE | Kentwood, MI 49512–2865 | |
| 14711779 | Sotrem Inc. | 1685 Rue Manic | Quebec G7K1G8 | CANADA |
| 14711780 | Spectro Alloys Corporation | BIN #130102 | P.O. Box 9201–02 | Minneapolis, MN 55480–9201 |
| 14711782 | Stratosphere Quality LLC | 12024 Exit Five Parkway | Fishers, IN 46037 | |
| 14711783 | Striko Dynarad Corp. | 501 E. Roosevelt Ave. | Zeeland, MI 49464 | |
| 14711784 | Super Fleet Master Card | P.O. Box 70995 | Charlotte, NC 28272–0995 | |
| 14711793 | TPC Wire & Cable Corp. | 8387 Solutions Center | Chicago, IL 60677–8003 | |
| 14711785 | Team Industrial Services, Inc. | P.O. Box 842233 | Dallas, TX 75284–2233 | |
| 14711786 | Tennant Company | P.O. Box 71414 | Chicago, IL 60694–1414 | |
| 14711787 | The Balancing Company Inc. | 898 Center Dr. | Vandalia, OH 45377 | |
| 14711788 | The Crown Group | P.O. Box 809332 | Chicago, IL 60680–9332 | |
| 14711789 | The John M. Glass Co., Inc. | P.O. Box 26189 | Indianapolis, IN 46226–0189 | |
| 14711790 | Tinius Olsen Testing Machine Co. | P.O. Box 7780–1204 | Philadelphia, PA 19182 | |
| 14711791 | Tiocco Incorporated | 2045 California Ave. Suite 112 | Corona, CA 92881–7231 | |
| 14711792 | Touchstone Measurement Services | 2529 Commerce Dr., Ste F | Kokomo, IN 46902 | |
| 14711796 | US Healthworks Medical Group | P.O. Box 404480 | Atlanta, GA 30384 | |
| 14711794 | Unified Group Services | P.O. Box 10 | Pendleton, IN 46064 | |
| 14711795 | Unique Assembly & Decorating, Inc. | 2550 Wisconsin Ave. | Downers Grove, IL 60515 | |
| 14711814 | Vectren Energy Delivery | PO Box 6248 | Indianapolis, IN 46206–6248 | |
| 14711797 | Warner Supply, LLC | 6040 Innovation Blvd. | Fort Wayne, IN 46818 | |
| 14711798 | Waytek, Inc. | P.O. Box 81 | Chaska, MN 55318 | |
| 14711799 | Weaver Associates | P.O. Box 283 | Mc Kean, PA 16426–0280 | |
| 14711800 | Welch Packaging Inc. | 24775 Network Place | Chicago, IL 60673–1247 | |
| 14711801 | Wiese | P.O. Box 60106 | St. Louis, MO 63160 | |
| 14711802 | Wildman Uniform & Linen | 800 S. Buffalo St. | Warsaw, IN 46580 | |
| 14711803 | Wollin USA | 44250 Plymouth Oaks Blvd. | Plymouth, MI 48170 | |
| 14711804 | YMCA of Muncie | 500 S. Mulberry St. | Muncie, IN 47305 | |
| 14711714 | epsi | P.O. Box 310650 | Des Moines, IA 50331–0650 | |

TOTAL: 155